MICHAEL L. TRACY, ESQ., SBN 237779
mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff CONNIE PETERSEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONNIE PETERSEN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>OROVILLE SELF STORAGE, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-00030-LKK-CMK<br><br>**ORDER** |
| OROVILLE SELF STORAGE, LLC, Limited Liability Company,<br><br>Counterclaimant,<br><br>vs.<br><br>CONNIE PETERSEN, aka CONNIE AFTON, and ROES 1-20<br><br>Counterdefendants. | |

After Considering the joint request of all parties for additional time to cause dispositive documents to be filed with the court, and GOOD CAUSE appearing therefore, it is hereby ORDERED that the parties shall file dispositive documents with this court by 6:00p.m. on May 15, 2009.

///

-1-
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1 | DATED:  May 11, 2009
2 |
3 | By: _____
4 | LAWRENCE K. KARLTON
5 | SENIOR JUDGE
6 | UNITED STATES DISTRICT COURT

-2-
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com